Robert Evans et al., Respondents, v. Bernard Stein, Appellant. (Appeal No. 1.) — Action to restrain defendant from selling products of manufacturers, jobbers and distributors below prices fixed in contracts entered into pursuant to the Fair Trade Act (L. 1935, ch. 976). Defendant appeals from an order denying his motion to vacate a judgment entered against him on consent. Order affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

Robert Evans et al., Respondents, v. Bernard Stein, Appellant. (Appeal No. 2.) — Defendant appeals from an order confirming the report of an Official Referee and adjudging the defendant to be in contempt of court in having willfully and deliberately sold merchandise below the minimum prices fixed in contracts under the Fair Trade Act (L. 1935, ch. 976), in violation of a judgment restraining such sales. Order affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [See 270 App. Div. 810.]

Madeline Gallagher et al., Respondents, v. City of New York, Appellant-Respondent, and Long Island Railroad Company, Appellant.— The action is to recover damages for personal injuries suffered by plaintiffs when an automobile operated by plaintiff William Gallagher and in which plaintiffs Madeline Gallagher and Madeline Gallagher, an infant, were passengers, collided in a public highway with a pillar which supports an overhead bridge of defendant Long Island Railroad Company. The jury rendered a verdict against the operator of the car, and in favor of the passengers. Both defendants appeal from so much of the judgment as adjudges that the passengers recover, as well as from an order denying their motions for a directed verdict. Defendant Long Island Railroad Company also appeals from the aforesaid order insofar as it denies its motion for judgment on its cross complaint against the city and dismisses its cross complaint, and denies its motion to set aside the verdicts in favor of the passengers. Judgment and order, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 270 App. Div. 765.]

Morris Goldberg, as a Director of Atlantic Fabric Products, Inc., Plaintiff, v. Harry Green et al., Defendants. S. Stanley Kreutzer, as Receiver of Atlantic Fabric Products, Inc., Appellant; Max W. Federman, Respondent.— In a stockholder's representative action for an accounting, order fixing auctioneer's fees and disbursements modified upon the facts by striking from the ordering paragraph the figure "$700" and inserting in lieu thereof the figure "$300". As so modified, the order, insofar as appealed from, is affirmed, without costs. The allowance to the auctioneer was unreasonable and excessive. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.